UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERRI CRAWFORD,**
    Plaintiff,

VS                                                         Case No. 1:17-cv-5   MW-GRJ

**DE VILLE ASSET MANAGEMENT, LTD., AKA RIVERWALK HOLDINGS, LTD.,**
    Defendant,

## JUDGMENT

Ordered and Adjudged that Judgment is entered in favor of Plaintiff in the amount of $54,034.77 with interest accruing.  The Defendant is also enjoined from any further collection communications or activities toward Plaintiff and from reporting the alleged debt to any credit reporting agencies..

                                                          JESSICA J. LYUBLANOVITS, CLERK

<u>June 30, 2017</u>                   <u>s/ Blair K. Patton</u>
DATE                               Deputy Clerk: Blair K. Patton